dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell McAvoy, Martin and Sherman, JJ.

HELEN FINEMAN, Respondent, v. ALFRED HIRSCHMAN and Others, Appellants. — Determination affirmed, with ten dollars costs and disbursements. No opinion. Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

RHEA CAHN, Respondent, v. ETHEL BALL STANIAR, Doing Business, etc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of JAMES W. BROWN, Public Administrator of the County of Bronx, as Administrator, etc., of ESAU J. HINCKSON, Deceased.— Order affirmed, with costs and disbursements to the respondent. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of WALTER NAUROCKY, Respondent, v. MORRIS FREDERICK WIENER, Also Known as FRED WIENER, Appellant. Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SELENA L. BLOCH and Others, as Executors, etc., of BERT K. BLOCH, Deceased, Appellants, v. THE FRANKFORT DISTILLERY, INCORPORATED, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

NYLEVE REALTY CORPORATION, Appellant, v. MILTON GLADSTONE, Respondent. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HUGO WITTMAN, Appellant, v. HENRY W. LITTLEFIELD, Also Known as HARRY W. LITTLEFIELD, and MARGARET C. LITTLEFIELD, Respondents, Impleaded with Another.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ. [142 Misc. 916.]

HUGO WITTMAN, Appellant, v. HENRY W. LITTLEFIELD, Also Known as HARRY W. LITTLEFIELD, and MARGARET C. LITTLEFIELD, Defendants, Impleaded with NEW YORK LIFE INSURANCE COMPANY, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HOWARD A. POTOLSKI, Appellant, v. METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE ÆTNA CASUALTY AND SURETY COMPANY, Respondent, v. TRAMLEY, INC., and LUCY LOU SHOPS, INC., Appellants.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOLOMON HOLLANDER, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BEN WEISS, Appellant. — Judgment modified by reducing sentence to time already served, and as so